F101

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
ARGUS DEVELOPMENT INC.
494 Eighth Avenue 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Facsimile: (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARGUS DEVELOPMENT INC.,                               09-CV-

                Plaintiff,

-against-                                             **RULE 7.1. STATEMENT**

STEELCORE TRADING LIMITED
and OOO NOVOROSMETALL,

                Defendants.
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own ten (10%) percent or more of said party's stock: NONE.

Dated: New York, New York
       June 30, 2009

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff

William R. Bennett, III
494 Eighth Avenue, 7th Floor
New York, New York 10122
Telephone: (646) 328-0120
Facsimile: (646) 328-0121

Z:\Casework\F Cases\F101 Steel Core Trading\Rule B\Rule 7.1 Statement-063009.doc